**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 45719**

| | |
|---|---|
| STATE OF IDAHO, | ) |
| | ) **Filed: September 11, 2018** |
| Plaintiff-Respondent, | ) |
| | ) **Karel A. Lehrman, Clerk** |
| v. | ) |
| | ) **THIS IS AN UNPUBLISHED** |
| JOE BLANE CALHOUN, | ) **OPINION AND SHALL NOT** |
| | ) **BE CITED AS AUTHORITY** |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Nancy Baskin, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of two years, for grand theft, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Reed P Anderson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

—————————————————————————

Before GUTIERREZ, Judge; HUSKEY, Judge;
and LORELLO, Judge

—————————————————————————

PER CURIAM

Joe Blane Calhoun pleaded guilty to grand theft, Idaho Code §§ 18-2403(1), -2407(1)(b), -2409. The district court imposed a unified ten-year sentence, with two years determinate. Calhoun appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing

1

the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Calhoun's judgment of conviction and sentence are affirmed.